## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **GEORGE BEAULIEU, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.   1-10-cv-454-GZS |
| ) | |
| **CAROLYN W. COLVIN, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 27) filed January 28, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Attorney Fees (ECF No. 24) is **GRANTED** but only in the reduced amount of $5,214 because this case fits within the parameters of an "exceptional situation" as discussed in *Ezekiel*.

      /s/ George Z. Singal
      United States District Judge

Dated this 18th day of February, 2016.